UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

YALE L. BALCAR *et al.*                                                    PLAINTIFFS

v.                                      CIVIL ACTION NO. 3:17CV-P345-TBR

KENTUCKY STATE REFORMATORY *et al.*                      DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Plaintiffs Yale L. Balcar and Clarence Russell, prisoners at the Kentucky State Reformatory, filed the instant *pro se* civil-rights action pursuant to 42 U.S.C. § 1983. In the case of multiple plaintiffs initiating an action together, the Sixth Circuit directs that each plaintiff pay a proportionate share of the filing fee. *See Talley-Bey v. Knebl*, 168 F.3d 884 (6th Cir. 1999).

By Order entered August 17, 2017 (DN 10), the Court denied Plaintiff Balcar's application to proceed without prepayment of fees pursuant to 28 U.S.C. § 1915(g) and directed him to pay his $175.00 portion of the $350.00 filing fee in full within 30 days from entry of the Order. The Court warned Plaintiff Balcar that failure to pay his portion of the filing fee within the time allowed would result in his dismissal from this suit and his continued responsibility to pay his share of the filing fee. Well over 30 days have passed, and Plaintiff Balcar has not paid his $175.00 portion of the filing fee.

Consequently, Plaintiff Balcar will be dismissed from this action by separate Order pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of the Court and for failure to prosecute.

As the Court previously advised Plaintiff Balcar, dismissal of this action does not relieve him of his responsibility to pay his portion of the filing fee in this action. *In re Alea*, 286 F.3d 378, 381 (6th Cir. 2002); *McGore v. Wrigglesworth*, 114 F.3d 601, 607 (6th Cir. 1997),

*overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). The obligation to pay the filing fee attaches when a prisoner "brings a civil action." *In re Alea*, 286 F.3d at 381. "The subsequent dismissal of the action under § 1915(g) for failure to pay that fee does not negate or nullify the litigant's continuing obligation to pay the fee in full." *Id.*

Accordingly, **the prior Order (DN 10) obligating Plaintiff Balcar to pay his $175.00 portion of the filing fee in this action remains in full effect**.

**IT IS THEREFORE ORDERED that the Kentucky State Reformatory shall collect and forward Plaintiff Balcar's $175.00 portion of the filing fee from Plaintiff Balcar's inmate account to the Clerk for full payment of his portion of the filing fee.** The payment shall be sent to the following address: Office of the Clerk, United States District Court, Western District of Kentucky, 106 Gene Snyder U.S. Courthouse, 601 West Broadway, Louisville, KY 40202-2249.

The **Clerk of Court is DIRECTED** to open an account for the payment of the filing fee.

Date:

cc: Plaintiffs, *pro se*
    Financial Section, USDC, WDKY
    KSR, Attn: Inmate Accounts (#177896), 3001 W. Highway 146, LaGrange, KY 40032
4413.005